Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEIDI SZYMINSKI-VESTER | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-919 |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Plaintiff's Motion for Judgment on the Pleadings is Granted; that the Defendant's Motion for Judgment on the Pleadings is Denied; and the case is Remanded to the Commissioner of Social Security for further proceedings.

| | |
|---|---|
| Date: February 16, 2024 | MARY C. LOEWENGUTH<br>CLERK OF COURT |
| | By: s/ Jennifer V.<br>      Deputy Clerk |